UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-21584-CIV-UU

RUDI PEREZ FERNANDEZ, WILFREDO )
MENDOZA ESTREMERA, ABDIEL )
MENDOZA RODRIGUEZ ESTREMERA, )
and all others similarly situated under 29 )
U.S.C. 216(b), )
)
        Plaintiff, )
vs. )
)
GENESIS JUNGLES LLC, )
BARBARA MEDINA, )
HARRY NELSON, )
)
        Defendants. )
_____ )

## PLAINTIFFS' STATEMENT OF CLAIM

Now come the Plaintiffs through the undersigned and files the above-described Statement of Claim as follows:

**Plaintiff RUDI PEREZ FERNANDEZ**
Federal Half-Time Overtime Wage Claim (8/20/15-1/9/16)
Weeks: 20
Overtime hours: 26
Amount of half-time overtime per hour not compensated: $5.45 (based on $10.90/hr.)
Total overtime wages unpaid and liquidated damages: $2,834 X 2 = $5,668.00, *exclusive of* **attorneys' fees and costs**

**Plaintiff WILFREDO MENDOZA ESTREMERA**
Federal Half-Time Overtime Wage Claim (6/22/15-3/14/16)
Weeks: 38
Overtime hours: 20
Amount of half-time overtime per hour not compensated: $11.00 (based on $22.00/hr.)
Total overtime wages unpaid and liquidated damages: $8,360 X 2 = $16,720.00, *exclusive of* **attorneys' fees and costs**

**Plaintiff ABDIEL MENDOZA RODRIGUEZ ESTREMERA**
Federal Half-Time Overtime Wage Claim (10/12/15-3/30/16)
Weeks: 24
Overtime hours: 20

<u>Amount of half-time overtime per hour not compensated:</u> $6.00 (based on $12.00/hr.)
<u>Total overtime wages unpaid and liquidated damages:</u> $2,880 X 2 = $5,760.00, *exclusive of* **attorneys' fees and costs**

**Total overtime wages unpaid and liquidated damages of all Plaintiffs:**
**$14,074 X 2 = $28,148.00,** *exclusive of* **attorneys' fees and costs**

\*Plaintiff seeks all fees and costs under the FLSA. The above calculations do not account for fees and costs under the FLSA sought by Plaintiff.
\*\* Plaintiff reserves the right to seek time and one-half damages for any other completely unpaid overtime hours should the facts adduced in discovery justify same.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
    Rivkah F. Jaff, Esquire
    Florida Bar No.: 107511

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 5/15/17 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:___/s/___Rivkah Jaff_____**
       **RIVKAH JAFF, ESQ.**