09/29/2016 12:21PM 9544383464 RUSH INC PAGE 01/01
Case 1:17-cv-21584-UU Document 13 Entered on FLSD Docket 05/30/2017 Page 1 of 4
Case 1:17-cv-21584-UU Document 4 Entered on FLSD Docket 04/28/2017 Page 2 of 3

# UNITED STATES DISTRICT COURT
для
Southern District of Florida

| | |
|---|---|
| RUDI PEREZ FERNANDEZ, WILFREDO MENDOZA ESTREMERA, ABDIEL MENDOZA RODRIGUEZ ESTREMERA, and all others similarly situated under 29 U.S.C. 216(b),<br><br>Plaintiff,<br><br>vs.<br><br>GENESIS JUNGLES LLC,<br>BARBARA MEDINA,<br>HARRY NELSON,<br><br>Defendants. | 17-cv-21584-UU<br><br>SERVED<br>DATE _____<br>TIME _____<br>CER# _____ |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
BARBARA MEDINA
85 NW 4th Ave Apt #9     or     2623 NW 24th Street, Apt #
Miami FL 33126                        Miami FL 33142

*1040 SW 152 Pl, Miami Fla*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 4/28/2017



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Faithtrina Stinson
Deputy Clerk
U.S. District Courts



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-21584

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BARBARA MEDINA
was received by me on *(date)* 6/28/17.

☒ I personally served the summons on the individual at *(place)* 9340 SW 152 PL
Miami, FL on *(date)* 6/26/17 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____

☐ Other *(specify)*:

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 6/26/17

_____
Server's signature

FRANK AYLLON
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| RUDI PEREZ FERNANDEZ, WILFREDO MENDOZA ESTREMERA, ABDIEL MENDOZA RODRIGUEZ ESTREMERA, and all others similarly situated under 29 U.S.C. 216(b),<br><br>     Plaintiff,<br>vs.<br><br>GENESIS JUNGLES LLC,<br>BARBARA MEDINA,<br>HARRY NELSON,<br><br>     Defendants. | 17-cv-21584-UU<br><br>SERVED<br>DATE 5/26/17<br>TIME 3:31 PM |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
GENESIS JUNGLES LLC
Registered Agent: Barbara Medina
9240 SW 157 Place
Miami, FL 33196

A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    J.H. Zidell, Esq.
    J.H. Zidell P.A.
    300 71ST Street, Suite 605
    Miami Beach, Florida 33141

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: _____4/28/2017_____

Steven M. Larimore
Clerk of Court

s/ Faithtrina Stinson
Deputy Clerk
U.S. District Courts



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-2158

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Genesis Jonsbel, LLC
was received by me on *(date)* 4/23/17

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Gloria Mesa, who is
designated by law to accept service of process on behalf of *(name of organization)* Genesis
Jonsbel, LLC on *(date)* 5/26/17 ; or

☐ I returned the summons unexecuted because _____

☐ Other *(specify)*: _____

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 5/26/17

Server's signature

FRANK AYLLON
Printed name and title

Server's address

Additional information regarding attempted service, etc: