UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-21584-UU

RUDI PEREZ FERNANDEZ, *et al.*,

    Plaintiffs,

v.

GENESIS JUNGLES, LLC, *et al.*,

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.

On April 27, 2017, Plaintiff filed this Complaint against Defendants. D.E. 1. Based upon this Court's review of the docket, Plaintiff has not yet served Defendant, Harry Nelson, and/or has failed to file verified proof of service, despite the summons having been issued on April 28, 2017. D.E. 4. Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiff SHALL show good cause in writing by **Tuesday, June 27, 2017**, as to why Plaintiff has failed to serve Defendant. In the alternative, Plaintiff SHALL file the verified proof of service by this date and/or state, in detail, why Defendant has not yet been served. Failure to comply with this Order will result in the dismissal of this action without further notice.

1

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf