UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-21584-UU

RUDI PEREZ FERNANDEZ, *et al.*,

    Plaintiffs,

v.

GENESIS JUNGLES, LLC, *et al.*,

    Defendants.
    _____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiffs' Motion for Enlargement of Time to Serve Defendant, Harry Nelson, via the Secretary of State and Response to Order to Show Cause. D.E. 19.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.

ORDERED AND ADJUDGED that Plaintiffs' Motion for Enlargement of Time to Serve Defendant, Harry Nelson, via the Secretary of State and Response to Order to Show Cause (D.E. 19) is DENIED AS PREMATURE. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiffs are required to effectuate service no later than **July 26, 2017**. Because Plaintiffs still have a sufficient period of time to serve Defendants, the Court does not find it necessary to grant an extension of service at this time. However, Plaintiffs are permitted to re-raise this argument as the deadline approaches.

DONE AND ORDERED in Chambers at Miami, Florida, this _26th_ day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf