UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-21584-UU

RUDI PEREZ FERNANDEZ, *et al.*,

    Plaintiffs,

v.

GENESIS JUNGLES, LLC, *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion for Enlargement of Time to Comply with the Court's Order. D.E. 25.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.

ORDERED AND ADJUDGED that Plaintiff's Motion for Enlargement of Time to Comply with the Court's Order (D.E. 25) is GRANTED IN PART AND DENIED IN PART. Plaintiff SHALL file the Joint Scheduling Report no later than **Friday, July 28, 2017**.

DONE AND ORDERED in Chambers at Miami, Florida, this _30th_ day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf