**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:17-cv-21584-UU

RUDI PEREZ FERNANDEZ, *et al.*,

    Plaintiffs,

v.

GENESIS JUNGLES, LLC, *et al.*,

    Defendants.

_____/

**ORDER**

    THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.

    THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.

    On April 27, 2017, Plaintiffs filed this Complaint against Defendants. D.E. 1. Based upon this Court's review of the docket, Plaintiffs have not yet served Defendant, Harry Nelson, and/or have failed to file verified proof of service, despite the summons having been issued on June 26, 2017. D.E. 4. Accordingly, it is hereby

    ORDERED AND ADJUDGED that Plaintiffs SHALL show good cause in writing by **Tuesday, July 11, 2017**, as to why Plaintiffs have failed to serve Defendant, Harry Nelson. In the alternative, Plaintiffs SHALL file the verified proof of service by this date and/or state, in detail, why Defendant, Harry Nelson, has not yet been served. <u>Failure to comply with this Order will result in the dismissal of this action without further notice</u>.

DONE AND ORDERED in Chambers at Miami, Florida, this 7th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf