UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-21584-UU

RUDI PEREZ FERNANDEZ, *et al.*,

    Plaintiffs,

v.

GENESIS JUNGLES, LLC, *et al.*,

    Defendants.

_____/

## ORDER

The Initial Planning and Scheduling Conference in this matter is hereby re-set to **Friday, August 11, 2017, at 10:00 AM**.

DONE AND ORDERED in Chambers at Miami, Florida, this 12th day of July, 2017.

*[signature]*

UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf