UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-21609-CIV-RNS

RAMON MATOS and all others similarly )
situated under 29 U.S.C. 216(b), )
                                      Plaintiff, )
vs. )

C.W.C. OF MIAMI INC., d/b/a LAS )
PALMAS RESTAURANT, )
MARIO FERRARI MAGALHAES, )
                                      Defendants. )
_____ )

**PLAINTIFF'S NOTICE OF COMPLIANCE WITH [DE7]**

COMES NOW the Plaintiff, by and through undersigned, and files this Notice of Compliance with [DE7], and states that Plaintiff has served Defendants, by and through their counsel, with the Court's Order [DE7] and Plaintiff's Statement of Claim as per the requirements set forth in the Court's Order [DE7] on 7/25/17.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
    Rivkah F. Jaff, Esquire
    Florida Bar No.: 107511

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 7/25/17 TO:**

**BILL ULLMAN, ESQ.**
**1 NE 2 AVENUE**
**MIAMI, FL 33132**
**PH: 305-358-0284**
**FAX: 888-441-7019**
**CELL: 305-358-0284**
**EMAIL: BILL@BILLULLMAN.COM**

**BY:\_\_\_/s/\_\_\_Rivkah Jaff_____**
      **RIVKAH JAFF, ESQ.**