UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-21584-UU

RUDI PEREZ FERNANDEZ, *et al.*,

    Plaintiffs,

v.

GENESIS JUNGLES, LLC, *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.

On July 10, 2017, Defendant, Harry Nelson ("Defendant"), was served with Plaintiffs' Complaint. D.E. 31. As such, Defendant's response to Plaintiffs' Complaint was due on July 31, 2017. Fed. R. Civ. P. 12(a)(1)(A)(i). However, Defendant failed to respond to Plaintiffs' Complaint. Accordingly, this Court issued its Order directing the Clerk of Court to enter default against Defendant. D.E. 44. On August 2, 2017, the Clerk of Court entered default against Defendant. On August 2, 2017, Defendant filed his Answer to Plaintiffs' Complaint, notwithstanding the Clerk's entry of default against it. D.E. 42. It is hereby

ORDERED AND ADJUDGED that Defendant, Harry Nelson's Answer and Affirmative Defenses (D.E. 42) is STRICKEN. Defendant, Harry Nelson, is ordered to move to set aside the default in accordance with the requirements of the Federal Rules of Civil Procedure by **Wednesday, <u>August 9, 2017</u>**. <u>Failure to do so will result in final default judgment being entered.</u>

DONE AND ORDERED in Chambers at Miami, Florida, this _3d_ day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf