UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-21584-CIV-O'SULLIVAN
[CONSENT]

RUDI PEREZ FERNANDEZ,
WILFREDO MENDOZA
ESTREMERA and ABDIEL MENDOZA
RODRIGUEZ ESTREMERA,
    Plaintiffs,

v.

GENESIS JUNGLES LLC,
BARBARA MEDINA and
HARRY NELSON,
    Defendants.
_____/

### ORDER

THIS MATTER is before the Court pursuant to the Unopposed Motion to Vacate Clerk's Default Entered on August 2, 2017 (DE # 48, 8/3/17).  Having reviewed the applicable filings and law, it is

ORDERED AND ADJUDGED that the Unopposed Motion to Vacate Clerk's Default Entered on August 2, 2017 (DE # 48, 8/3/17) is GRANTED.

**DONE AND ORDERED** in Chambers at Miami, Florida this 8th day of August, 2017.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record