**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:17-cv-21584-UU

RUDI PEREZ FERNANDEZ, *et al.*,

     Plaintiffs,

v.

GENESIS JUNGLES, LLC, *et al.*,

     Defendants.

_____/

**<u>FINAL DEFAULT JUDGMENT</u>**

THIS CAUSE is before the Court following Plaintiffs' Motion for Default Final Judgment as to Defendants, Genesis Jungles LLC., and Barbara Medina and for Enlargement of Time to File One Motion Regarding Fees and Costs Including Future Fees and Costs Regarding Collection of Default at the Conclusion of Collection.  D.E. 24.  The Court granted Plaintiff's Motion in an Order entered separately.  Pursuant to Federal Rule of Civil Procedure 58(a), the Court now enters this separate final judgment.

Accordingly, for good cause shown, it is hereby ORDERED AND ADJUDGED as follows:

1. Final Judgment is hereby entered against Defendants, Genesis Jungles LLC. and Barbara Medina on all claims in Plaintiffs' Complaint.

2. Defendants, Genesis Jungles LLC. and Barbara Medina, are jointly and severally liable to Plaintiffs in the following amounts:

    a. $5,668.00 to Plaintiff Rude Perez Fernandez c/o the Client Trust Account of J.H. Zidell P.A.,

b. $16,720.00 to Plaintiff Wilfredo Mendoza Estremera c/o the Client Trust Account of J.H. Zidell P.A.,

c. $5,760.00 to Plaintiff Abdiel Mendoza Rodriguez Estremera c/o the Client Trust Account of J.H. Zidell P.A.

Interest shall accrue on these amount subsequent to August 18, 2017, pursuant to 26 U.S.C. §§ 6621 and 6622 until this Judgment is paid or becomes legally unenforceable.

DONE AND ORDERED in chambers at Miami, Florida this _18th_ day of August, 2017.

_____

URSULA UNGARO
UNTIED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf